JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA M. G.,[1] <br><br>           Plaintiff, <br><br>    v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br>           Defendant. | Case No. CV 19-10114 PVC <br><br><br> **JUDGMENT** |

     IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATE: September 8, 2020

_____

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

--------------------------------------------

[1]    The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.